NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JONATHAN D. EVANS (SBN 302887)
THEIDA SALAZAR (SBN 295547)
SALAZAR EVANS LLP
117 E. COLORADO BLVD., SUITE 260
PASADENA, CA 91105
(626) 345-5402

ATTORNEY(S) FOR: MICHAEL EJIAWOKO, PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL EJIAWOKO, an individual,

Plaintiff(s),

v.

SEAN COMBS, et al.

Defendant(s)

CASE NUMBER:

2:25-cv-6750

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MICHAEL EJIAWOKO, plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Ejiawoko | Plaintiff |
| Sean Combs | Defendant |
| Vici Properties, Inc. | Defendant |
| Wynn Resorts, LTD. | Defendant |
| Northwood Investors LLC | Defendant |

July 23, 2025
Date

/s/Jonathan D. Evans
Signature

Attorney of record for (or name of party appearing in pro per):

MIchael Ejiawoko