JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EJIAWOKO, | Case No. CV 25-6750 PA (MBKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SEAN COMBS, et al., | |
| Defendants. | |

In accordance with the Court's November 21, 2025 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: November 21, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE