# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EJIAWOKO <br><br> Plaintiff(s), <br><br> v. <br><br> SEAN COMBS, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:25–cv–06750–PA–MBK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/26/2025__

Document No.:  __16__

Title of Document:   __NOTICE OF MOTION AND MOTION for Relief from Judgment__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Hearing information is missing, incorrect, or untimely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 2, 2025           By:  /s/ *Charlene L Kelly  Charlene_Kelly@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**