**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL EJIAWOKO | CASE NUMBER: |
| PLAINTIFF(S) | 2:25−cv−06750−PA−MBK |
| v. | |
| SEAN COMBS, et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/26/2025 | 16 | MOTION for Relief from Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☑ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

   Proposed order was not submitted as a separate attachment. Hearing information is missing.

Dated:    12/2/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge