UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EJIAWOKO, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEAN COMBS, an individual, VICI PROPERTIES, INC., a New York corporation, WYNN RESORTS, LTD., a Nevada Limited Liability Company, NORTHWOOD INVESTORS LLC, a Colorado Limited Liability Company, JOHN DOE ASSOCIATES 1-10 and ROE ENTITIES 1-10<br><br>　　　　Defendants. | Case No.: 2:25-cv-6750<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RULE 60(B) MOTION** |

　　Having considered Plaintiff's Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b), the supporting declaration, and the record in this matter, and finding good cause shown, IT IS HEREBY ORDERED that:

　1. Plaintiff's Motion for Relief from Judgment is GRANTED.

　2. The dismissal previously entered is VACATED.

3. The case is reinstated.

4. Plaintiff shall resubmit corrected summons within three (3) days of this Order and proceed promptly with service.

IT IS SO ORDERED.

DATED: _____, 2025

Hon. Percy Anderson

United States District Judge