AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

MICHAEL EJIAWOKO, an individual,

*Plaintiff(s)*

v.

SEAN COMBS, an individual, VICI PROPERTIES, INC., a New York corporation, WYNN RESORTS, LTD., a Nevada Limited Liability Company, NORTHWOOD INVESTORS LLC, a Colorado Limited Liability Company, JOHN DOE ASSOCIATES 1-10 and ROE ENTITIES 1-10

*Defendant(s)*

Civil Action No. 2:25-cv-6750-PA-MBKx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NORTHWOOD INVESTORS, LLC
c/o CSC
1900 W. Littleton Blvd.
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JONATHAN EVANS
SALAZAR EVANS LLP
117 E. COLORADO BLVD., STE. 260
PASADENA, CA 91105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 11, 2025

*Signature of Clerk or Deputy Clerk*