SALAZAR EVANS LLP
JONATHAN EVANS SBN 302887
155 N LAKE AVE SUITE 800
PASADENA, CA 91101


Representing: Plaintiff


UNITED STATES DISTRICT COURT
Central District of California - District - Los Angeles - First Street


| | | |
|---|---|---|
| Michael Ejiawoko | ) | Case No. 2:25-cv-06750-PA-MBK |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Summons, Complaint |
| | ) | |
| Sean Combs, et al | ) | Service on: |
| **Defendant/Respondent** | ) | VICI PROPERTIES, INC., a New York corporation |
| | ) | |
| | ) | |
| | ) | |

PROOF OF SERVICE

Order # 27145175

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SALAZAR EVANS LLP<br>JONATHAN EVANS SBN 302887<br>155 N LAKE AVE SUITE 800<br>PASADENA, CA 91101<br>TELEPHONE NO.: (323) 515-9981    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: evansatlaw@gmail.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:    Michael Ejiawoko<br>DEFENDANT / RESPONDENT:    Sean Combs, et al | CASE NUMBER:<br>2:25-cv-06750-PA-MBK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14915706 (27145175) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint

2. Party Served:    VICI PROPERTIES, INC., a New York corporation

3. Person Served:    Corporation Service Company (CSC) - Jane DOE (F/African American/125-49lbs/5'4-5'7/46-55)

4. Left With:    Jane DOE (F/African American/125-49lbs/5'4-5'7/46-55) - Intake Specialist

5. Date & Time of Delivery:    January 8, 2026 at 3:15 pm EST

6. Address, City and State:    7 St. Paul St Suite 820 Baltimore, MD, 21202

7. Manner of Service:    **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Jane DOE (F/African American/125-49lbs/5'4-5'7/46-55), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: 50.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Scott Borowski/*

Scott Borowski

Not a Registered California process server.
Scott Borowski

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: January 9, 2026

**PROOF OF SERVICE**

1 of 1
Order #27145175

MC-031

| PLAINTIFF / PETITIONER: Michael Ejiawoko | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Sean Combs, et al | 2:25-cv-06750-PA-MBK |

# DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: VICI PROPERTIES, INC., a New York corporation

1) Successful Attempt: Jan 8, 2026, 3:15 pm EST at Business: 7 St. Paul St Suite 820, Baltimore, MD 21202 received by Jane DOE (F/African American/125-49lbs/5'4-5'7/46-55). Age: 46–55; Ethnicity: African American; Gender: Female; Weight: 125–149 lbs; Height: 5'4"–5'7"; Hair: Black; Relationship: Intake Specialist ; Other: glasses

   *Successful attempt: given to intake*

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   January 9, 2026

Scott Borowski
_____
(TYPE OR PRINT NAME)

*[signature: Scott Borowski]*
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* Process Server

| Form Approved for Optional Use | ATTACHED DECLARATION | Page 1 of 1 |
|---|---|---|
| Judicial Council of California | | |
| MC-031 [Rev.July 1, 2005] | | |

MC-031

| PLAINTIFF / PETITIONER: Michael Ejiawoko | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Sean Combs, et al | 2:25-cv-06750-PA-MBK |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA  94954.

On 1/9/2026, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

VICI PROPERTIES, INC., a New York corporation
Corporation Service Company (CSC) - Jane DOE (F/African American/125-49lbs/5'4-5'7/46-55) - Person Authorized to Accept Service of Process
7 St. Paul St, Suite 820
Baltimore, MD 21202.


**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   1/9/2026

Kendall Holmes

(TYPE OR PRINT NAME)

*signature: K Holmes*

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.