SALAZAR EVANS LLP
JONATHAN EVANS SBN 302887
117 E. Colorado Blvd., Ste. 260
Pasadena, CA 91105


Representing: Plaintiff


UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street


| | | |
|---|---|---|
| Michael Ejiawoko | ) | Case No. 2:25-cv-06750-PA-MBK |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Summons, Complaint |
| | ) | |
| Sean Combs, et al | ) | Service on: |
| **Defendant/Respondent** | ) | NORTHWOOD INVESTORS, LLC a Colorado Limited Liability |
| | ) | Company |
| | ) | |
| | ) | |

PROOF OF SERVICE

Order # 27145111

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SALAZAR EVANS LLP<br>JONATHAN EVANS SBN 302887<br>117 E. Colorado Blvd., Ste. 260<br>Pasadena, CA 91105<br>TELEPHONE NO: (323)515-9981    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: evansatlaw@gmail.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER: Michael Ejiawoko<br>DEFENDANT / RESPONDENT: Sean Combs, et al | CASE NUMBER:<br>2:25-cv-06750-PA-MBK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14915680 (27145111) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint

2. Party Served:            NORTHWOOD INVESTORS, LLC a Colorado Limited Liability Company

3. Person Served:           Corporation Service Company (CSC) - Shannon White, Authorized Agent

4. Date & Time of Delivery: January 12, 2026 at 11:59 am MST

5. Address, City and State: 1900 W Littleton Blvd Littleton, CO, 80120

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for service: $50

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature: Paula Young]*

Not a Registered California process server.
PAULA YOUNG

PAULA YOUNG

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: January 14, 2026

**PROOF OF SERVICE**

1 of 1
Order #27145111