JONATHAN D. EVANS (SBN 302887)
SALAZAR EVANS LLP
117 E. COLORADO BLVD., STE. 260
PASADENA, CA 91105
(626) 345-5402
Attorneys for Plaintiff, Michael Ejiawoko

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL EJIAWOKO,

                              Plaintiff(s),

v.

SEAN COMBS, et al

                              Defendant(s).

CASE NUMBER

2:25-cv-6750-PA-MBK

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) VICI PROPERTIES, INC. and WYNN RESORTS, LTD.
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by MICHAEL EJIAWOKO.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| FEB. 15, 2026 | /s/Jonathan D. Evans |
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*