Jonathan D. Evans, Esq. (SBN 302887)
SALAZAR EVANS LLP
117 E. Colorado Blvd., Ste. 260
Pasadena, CA 91105
Attorneys for Plaintiff, Michael Ejiawoko

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EJIAWOKO, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>SEAN COMBS, et al<br><br>Defendant(s). | CASE NUMBER<br><br>2:25-cv-6750<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 10, 2026                            /s/Jonathan D. Evans
_____        _____
*Date*                                  *Signature of Attorney/Party*

**NOTE:  F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*